■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OCTAVIA MATTHEWS, Appellant. [19 NYS3d 755]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered November 18, 2014, convicting her of aggravated unlicensed operation of a motor vehicle in the first degree and driving while intoxicated in violation of Vehicle and Traffic Law § 1192 (3), upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the record demonstrates that she knowingly, voluntarily, and intelligently waived her right to appeal (see *People v Sanders*, 25 NY3d 337, 341-342 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-265 [2011]; *People v Lopez*, 6 NY3d 248, 257 [2006]). The defendant's valid waiver of her right to appeal precludes appellate review of her contention that the sentence imposed was excessive (see *People v Lopez*, 6 NY3d at 255-256; *People v Ball*, 129 AD3d 739, 740 [2015]; *People v Contreras*, 123 AD3d 1139, 1140 [2014]). Rivera, J.P., Dickerson, Maltese and LaSalle, JJ., concur.